RECOMMENDED FOR FULL-TEXT PUBLICATION
Pursuant to Sixth Circuit I.O.P. 32.1(b)
File Name: 18a0242p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

EDMUND ZAGORSKI,

*Petitioner-Appellant,*

*v.*

TONY MAYS, Warden,

*Respondent-Appellee.*

No. 18-6052

Appeal from the United States District Court
for the Middle District of Tennessee at Nashville.
No. 3:99-cv-01193—Aleta Arthur Trauger, District Judge.

Decided and Filed:  October 30, 2018

Before:  COLE, Chief Judge; COOK and GRIFFIN, Circuit Judges.

_____

**COUNSEL**

**ON PETITION FOR REHEARING AND REHEARING EN BANC AND ON MOTION FOR STAY OF EXECUTION:**  Paul R. Bottei, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Nashville, Tennessee, for Appellant.

_____

**ORDER**

_____

The court received a petition for rehearing en banc.  The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case.  Chief Judge Cole would adhere to his original dissent.

The petition then was circulated to the full court.  No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied

Further, the motion for stay of execution is also denied.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk